IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:18-cv-910

| | |
|---|---|
| THERESA SCHMITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| ALAMANCE-BURLINGTON BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

The undersigned hereby gives notice of appearance for Defendant Alamance-Burlington Board of Education. This notice is not intended to and should not be construed as a waiver of any defenses the aforementioned Defendant may have to any or all of Plaintiff's claims under Rule 12 of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 30th day of October 2018.

THARRINGTON SMITH, L.L.P.

/s/ Adam S. Mitchell
Adam S. Mitchell
N.C. State Bar No. 36949
THARRINGTON SMITH, L.L.P.
150 Fayetteville Street, Suite 1800
Post Office Box 1151
Raleigh, North Carolina 27602-1151
Telephone: (919) 821-4711
Fax: (919) 829-1583
E-mail: amitchell@tharringtonsmith.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of the Court using CM/ECF, and was mailed via U.S. mail, postage prepaid, to the following:

>Jonathan Wall
>Higgins Benjamin, PLLC
>301 N. Elm Street, Suite 800
>Greensboro, NC 27401-2260
>*Attorney for Plaintiff*

This the 30th day of October 2018.

>THARRINGTON SMITH, L.L.P.
>
>/s/ Adam S. Mitchell
>Adam S. Mitchell
>N.C. State Bar No. 36949
>THARRINGTON SMITH, L.L.P.
>150 Fayetteville Street, Suite 1800
>Post Office Box 1151
>Raleigh, North Carolina 27602-1151
>Telephone: (919) 821-4711
>Fax: (919) 829-1583
>E-mail: amitchell@tharringtonsmith.com
>*Attorneys for Defendants*