UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

THERESA SCHMITZ

      Plaintiff(s),

vs. ALMANCE-BURLINGTON BOARD OF EDUCATION

      Defendant(s).

Case No.: 1:18-cv-910

### DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

ALAMANCE-BURLINGTON l__ who is __defendant__,
(Name of Party)     (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes    (✓) No

2. Does party have any parent corporations?

    ( ) Yes    (✓) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

( ) Yes (✓) No

If yes, identify all such owners: _____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes (✓) No

If yes, identify entity and nature of interest: _____
_____
_____

/s/ Adam S. Mitchell       October 30, 2018
_____       _____
(Signature)       (Date)

MDNC (01/03)

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that a copy of the foregoing DISCLOSURE OF CORPORATE AFFILIATIONS was electronically filed with the Clerk of the Court using CM/ECF and served this day via United States mail, postage prepaid, addressed to the following:

> Jonathan Wall
> Higgins Benjamin, PLLC
> 301 N. Elm Street, Suite 800
> Greensboro, NC 27401-2260
> *Attorney for Plaintiff*

This the 30th day of October 2018.

> THARRINGTON SMITH, L.L.P.
>
> /s/ Adam S. Mitchell
> Adam S. Mitchell
> N.C. State Bar No. 36949
> 150 Fayetteville Street, Suite 1800
> Post Office Box 1151
> Raleigh, North Carolina 27602-1151
> Telephone: (919) 821-4711
> Fax: (919) 829-1583
> E-mail: amitchell@tharringtonsmith.com
> *Attorneys for Defendants*