IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:18-cv-910

THERESA SCHMITZ,         )
                         )
    Plaintiff,           )
                         )    INDEX OF EXHIBITS TO
        v.               )    DEFENDANT'S MOTION FOR
                         )    SUMMARY JUDGMENT
ALAMANCE-BURLINGTON      )
BOARD OF EDUCATION,      )
                         )
    Defendant.           )
_____

| Exhibit | Description |
|---|---|
| A | Theresa Schmitz Employment Contract |
| B | Transcript Excerpts from Deposition of Theresa Schmitz |
| C | Affidavit of Mark Gould |
| D | Affidavit of Dawn Madren |
| E | Affidavit of Jessica Cheap |
| F | Affidavit of Rachael Brooks |
| G | December 2, 2016 Observation |
| H | ABSS Board Policy 5300 |
| I | Dec. 6, 2016 email string between Theresa Schmitz and Mark Gould |
| J | Dec. 6, 2016 email string between Theresa Schmitz and Mark Gould |
| K | Dec. 7, 2016 email string between Theresa Schmitz and Mark Gould |

| | |
|---|---|
| L | Affidavit of Christine Harris |
| M | March 7, 2017 Observation |
| N | March 14, 2017 Pre-Non-Proficient Memo |
| O | March 14, 2017 email string between Theresa Schmitz and Dawn Madren |
| P | March 26, 2017 Memo from Dawn Madren to Theresa Schmitz |
| Q | March 19, 2017 email string between Theresa Schmitz and Dawn Madren |
| R | March 20, 2017 email from Theresa Schmitz to Dawn Madren |
| S | Affidavit of Leah Duell |
| T | March 28, 2017 Peer Observation |
| U | April 7, 2017 Observation |
| V | Resignation dated May 12, 2017 |
| W | June 15, 2017 Letter from Mark Gould |
| X | Plaintiff's Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents |
| Y | ABSS Board Policy 5530 |
| Z | May 2, 2017 Summative Evaluation for 2016-17 |