IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:18-cv-910

| | |
|---|---|
| THERESA SCHMITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) AFFIDAVIT OF |
| v. | ) RACHAEL BROOKS |
| | ) |
| ALAMANCE-BURLINGTON | ) |
| BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

I, Rachael Brooks, having been duly sworn, do hereby state as follows:

1. My name is Rachael Brooks. I am a citizen and resident of Alamance County, North Carolina. I am not a minor. I am under no legal disability. I am fully competent to make this Affidavit, which is based on my own personal knowledge.

2. I have been employed by the Alamance-Burlington Board of Education as a teacher since 2016.

3. I have been a fourth grade teacher at Sylvan Elementary since 2016-17.

4. I started at Sylvan the same month as Ms. Schmitz. We both taught fourth grade, along with a more experienced teacher, Jessica Cheap.

5. As a team, Ms. Cheap and I met regularly to plan lessons, discuss what was happening in our classrooms, and make sure our instruction was aligned.

6. Ms. Schmitz would attend our weekly Professional Learning Community (PLC) meeting, but otherwise would not engage in planning or collaboration with Ms. Cheap and I.

1

7. During PLC meetings, Ms. Schmitz was often unengaged and unprepared. The team had agreed to split up lesson planning duties. While Ms. Schmitz was designated to plan our English-Language Arts (ELA) lessons, she would often just copy and paste from the district website without actually planning out lessons.

8. Ms. Cheap and I began doing all of the lesson planning ourselves, which we kept in a shared document.

9. Ms. Cheap and I brought these concerns to the school principal, Mark Gould, as the lack of planning made things more difficult for us and had a negative impact on the students in the classroom.

10. I also raised concerns to Mr. Gould about Ms. Schmitz's classroom discipline. If students presented disciplinary challenges, the expectation was that teachers would develop discipline plans to address those challenges.

11. Instead, Ms. Schmitz would send students out of her classroom to the hallway or to one of the other fourth grade classrooms rather than utilizing appropriate disciplinary interventions.

12. At times, she would not inform the other teachers that students were being sent to their classrooms or placed in the hallway, but would send the students out unsupervised.

Further the affiant sayeth not.

This the 31st day of March 2021.

*Rachael Brooks*

Rachael Brooks

STATE OF NORTH CAROLINA
COUNTY OF ALAMANCE

2

Sworn to and subscribed before me
this __31__ day of __march__, 2021.

_Jenifer N. Langley_ (Official Seal)
Notary Public

My Commission Expires: March 15, 2025.