Comprehensive Evaluation 2016-2017
# Formal Observation #1

for Schmitz, Theresa L

| | Menu | By | Created Date |
|---|---|---|---|
| A | ⊙ | ☑ Mark A Gould | 12/02/2016 at 1:10 PM |

## Standard I: Teachers Demonstrate Leadership

### Element Ia. Teachers lead in their classrooms.

Teachers demonstrate leadership by taking responsibility for the progress of all students to ensure that they graduate from high school, are globally competitive for work and postsecondary education, and are prepared for life in the 21st century. Teachers communicate this vision to their students. Using a variety of data sources, they organize, plan, and set goals that meet the needs of the individual student and the class. Teachers use various types of assessment data during the school year to evaluate student progress and to make adjustments to the teaching and learning process. They establish a safe, orderly environment, and they create a culture that empowers students to collaborate and become lifelong learners.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Understands how they contribute to students graduating from high school. <br><br> 1 Uses data to understand the skills and abilities of students. | 1 ...and Takes responsibility for the progress of students to ensure that they graduate from high school. <br><br> 1 ...and Provides evidence of data driven instruction throughout all classroom activities. <br><br> 1 ...and Establishes a safe and orderly classroom. **(Observation)** | 0 ...and Communicates to students the vision of being prepared for life in the 21st century. <br><br> 0 ...and Evaluates student progress using a variety of assessment data. <br><br> 0 ...and Creates a classroom culture that empowers students to collaborate. **(Observation)** | 0 ...and Encourages students to take responsibility for their own learning. <br><br> 0 ...and Uses classroom assessment data to inform program planning. <br><br> 0 ...and Empowers and encourages students to create and maintain a safe and supportive school and community environment. **(Observation)** | 0 Not demonstrated. |

### Element Ib. Teachers demonstrate leadership in the school.

Teachers work collaboratively with school personnel to create a professional learning community. They analyze and use local, state, and national data to develop goals and strategies in the school improvement plan that enhances student learning and teacher working conditions. Teachers provide input in determining the school budget and in the selection of professional development that meets the needs of students and their own professional growth. They participate in the hiring process and collaborate with their colleagues to mentor and support teachers to improve the effectiveness of their departments or grade levels.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Attends professional learning community meetings. <br><br> 1 Displays awareness of the goals of the school improvement plan. | 0 ...and Participates in professional learning community. <br><br> 0 ...and Participates in developing and/or implementing the school improvement plan. | 0 ...and Assumes a leadership role in professional learning community. <br><br> 0 ...and Collaborates with school personnel on school improvement activities. | 0 ...and Collaborates with colleagues to improve the quality of learning in the school. <br><br> 0 ...and Assumes a leadership role in implementing school improvement plan throughout the building. | 0 Not demonstrated. |

## Element Ic. Teachers lead the teaching profession.
Teachers strive to improve the teaching profession. They contribute to the establishment of positive working conditions in their school. They actively participate in and advocate for decision-making structures in education and government that take advantage of the expertise of teachers. Teachers promote professional growth for all educators and collaborate with their colleagues to improve the profession.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Has knowledge of opportunities and the need for professional growth and begins to establish relationships with colleagues. | 0 …and Contributes to the improvement of the profession through professional growth.<br><br>0 …and Contributes to the establishment of positive working relationships.<br><br>0 …and Contributes to the school's decision-making processes as required. | 0 …and Promotes positive working relationships through professional growth activities and collaboration. | 0 …and Seeks opportunities to lead professional growth activities and decision-making processes. | 0 Not demonstrated. |

## Element Id. Teachers advocate for schools and students.
Teachers advocate for positive change in policies and practices affecting student learning. They participate in the implementation of initiatives to improve the education of students.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Knows about the policies and practices affecting student learning. | 1 …and Supports positive change in policies and Practices affecting student learning. | 0 …and Participates in developing policies and practices to improve student learning. | 0 …and Actively participates, promotes, and provides strong supporting evidence for implementation of initiatives to improve education. | 0 Not demonstrated. |

## Element Ie. Teachers demonstrate high ethical standards.
Teachers demonstrate ethical principles including honesty, integrity, fair treatment, and respect for others. Teachers uphold the Code of Ethics for North Carolina Educators (effective June 1, 1997) and the Standards for Professional Conduct adopted April 1, 1998. (http://teachercodes.iiep.unesco.org/teachercodes/codes/America/USA/USA_North_Carolina.pdf)

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Understands the importance of ethical behavior as outlined in the Code of Ethics for North Carolina Educators and the Standards for Professional Conduct. | 1 …and Demonstrates ethical behavior through adherence to the Code of Ethics for North Carolina Educators and the Standards for Professional Conduct. | 0 …and Knows and upholds the Code of Ethics for North Carolina Educators and the Standards for Professional Conduct. | 0 …and Models the tenets of the Code of Ethics for North Carolina Educators and the Standards for Professional Conduct and encourages others to do the same. | 0 Not demonstrated. |

## Comments
Gould, Mark A: Ms Schmitz has been absent many days to care for her son and consistency is a concern in the classroom. She has not been able to be an active participant in her PLC. When she is at school, her class is maintained and work is completed.

## Standard II: Teachers Establish a Respectful Environment for a Diverse Population of Students

### Element IIa. Teachers provide an environment in which each child has a positive, nurturing relationship with caring adults.

Observation
Teachers encourage an environment that is inviting, respectful, supportive, inclusive, and flexible.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Appreciates and understands the need to establish nurturing relationships. | 1 ...and Establishes an inviting, respectful, inclusive, flexible, and supportive learning environment. | 0 ...and Maintains a positive and nurturing learning environment. | 0 ...and Encourages and advises others to provide a nurturing and positive learning environment for all students. | 0 Not demonstrated. |

### Element IIb. Teachers embrace diversity in the school community and in the world.

Observation
Teachers demonstrate their knowledge of the history of diverse cultures and their role in shaping global issues. They actively select materials and develop lessons that counteract stereotypes and incorporate histories and contributions of all cultures. Teachers recognize the influence of race, ethnicity, gender, religion, and other aspects of culture on a student's development and personality. Teachers strive to understand how a student's culture and background may influence his or her school performance. Teachers consider and incorporate different points of view in their instruction.



| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 1 Not looked for. | 0 Acknowledges that diverse cultures impact the world. <br> 0 Demonstrates awareness of the diversity of students in the classroom. | 0 ...and Displays knowledge of diverse cultures, their histories, and their roles in shaping global issues. <br> 0 ...and Acknowledges the influence of race, ethnicity, gender, religion, socio-economics, and culture on a student's development and attitudes. | 0 ...and Uses materials or lessons that counteract stereotypes and acknowledges the contributions of all cultures. <br> 0 ...and Consistently incorporates different points of view in instruction. | 0 ...and Promotes a deep understanding of cultures through the integration of culturally sensitive materials and ideas throughout the curriculum. <br> 0 ...and Capitalizes on diversity as an asset in the classroom. | 0 Not demonstrated. |

### Element IIc. Teachers treat students as individuals.

Observation
Teachers maintain high expectations, including graduation from high school, for students of all backgrounds. Teachers appreciate the differences and value the contributions of each student in the learning environment by building positive, appropriate relationships.



| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Holds high expectations of students. | 1 ...and Communicates high expectations for all students. | 0 ...and Encourages and values contributions of students, regardless of of background or ability. | 0 ...and Helps students hold high expectations for themselves and their peers. | 0 Not demonstrated. |

### Element IId. Teachers adapt their teaching for the benefit of students with special needs.

Observation

Teachers collaborate with the range of support specialists to help meet the special needs of all students. Through inclusion and other models of effective practice, teachers engage students to ensure that their needs are met.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Recognizes that students have a variety of learning needs.<br>1 Is knowledgeable of effective practices for students with special needs. | 1 …and Collaborates with specialists who can support the special learning needs of students.<br>1 …and Provides unique learning opportunities such as inclusion and research-based, effective practices for students with special needs. | 0 …and Understands the roles of and collaborates with the full range of support specialists to help meet the special needs of all students.<br>0 …and Effectively engages special needs students in learning activities and ensures their unique learning needs are met. | 0 …and Anticipates the unique learning needs of students and solicits assistance from within and outside the school to address those needs.<br>0 …and Adapts instruction for the benefit of students with special needs and helps colleagues do the same for their students. | 0 Not demonstrated. |

### Element IIe. Teachers work collaboratively with the families and significant adults in the lives of their students.

Teachers recognize that educating children is a shared responsibility involving the school, parents or guardians, and the community. Teachers improve communication and collaboration between the school and the home and community in order to promote trust and understanding and build partnerships with all segments of the school community. Teachers seek solutions to overcome cultural and economic obstacles that may stand in the way of effective family and community involvement in the education of their students.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Responds to family and community concerns. | 1 …and Communicates and collaborates with the home and community for the benefit of students. | 0 …and Recognizes obstacles to family and community participation and conscientiously seeks solutions to overcome them. | 0 …and Promotes trust and understanding throughout the school community. | 0 Not demonstrated. |

Comments

## Standard III: Teachers Know the Content They Teach

### Element IIIa. Teachers align their instruction with the North Carolina Standard Course of Study.

Observation
In order to enhance the North Carolina Standard Course of Study, teachers investigate the content standards developed by professional organizations in their specialty area. They develop and apply strategies to make the curriculum rigorous and relevant for all students and provide a balanced curriculum that enhances literacy skills. Elementary teachers have explicit and thorough preparation in literacy instruction. Middle and high school teachers incorporate literacy instruction within the content area or discipline.

ABSS000092

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Demonstrates an awareness of the North Carolina Standard Course of Study and references it in the preparation of lesson plans.<br><br>1 Elementary: Begins to integrate literacy instruction in selected lessons.<br><br>0 Secondary: Recognizes the importance of integrating literacy strategies within the content areas. | 1 ...and Understands the North Carolina Standard Course of Study and uses it in preparation of lesson plans, and applies strategies to make the curriculum rigorous and relevant.<br><br>1 Elementary: Integrates effective literacy instruction throughout the curriculum.<br><br>0 Secondary: Incorporates a wide variety of literacy skills within content areas to enhance learning. | 0 ...and Develops and applies strategies based on the North Carolina Standard Course of Study and standards developed by professional organizations to make the curriculum balanced, rigorous and relevant.<br><br>0 Elementary: Evaluates and reflects upon the effectiveness of literacy instruction.<br><br>0 Secondary: Evaluates and reflects upon the effectiveness of literacy instruction within content areas. | 0 ...and Assists colleagues in applying such strategies in their classrooms.<br><br>0 Elementary: Makes necessary changes to instructional practice to improve student learning.<br><br>0 Secondary: Makes necessary changes to instructional practice to improve student learning. | 0 Not demonstrated. |

## Element IIIb. Teachers know the content appropriate to their teaching specialty.

### Observation
Teachers bring a richness and depth of understanding to their classrooms by knowing their subjects beyond the content they are expected to teach and by directing students' natural curiosity into an interest in learning. Elementary teachers have broad knowledge across disciplines. Middle school and high school teachers have depth in one or more specific content areas or disciplines.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Demonstrates a basic level of content knowledge in the teaching specialty to which assigned. | 1 ...and Demonstrates an appropriate level of content knowledge in the teaching specialty to which assigned. | 0 ...and Applies knowledge of subject beyond the content in assigned teaching specialty. Motivates students to investigate the content area to expand their knowledge and satisfy their natural curiosity. | 0 ...and Extends knowledge of subject beyond content in their teaching specialty and sparks students' curiosity for learning beyond the required course work. | 0 Not demonstrated. |

## Element IIIc. Teachers recognize the interconnectedness of content areas/disciplines.

### Observation
Teachers know the links and vertical alignment of the grade or subject they teach and the North Carolina Standard Course of Study. Teachers understand how the content they teach relates to other disciplines in order to deepen understanding and connect learning for students. Teachers promote global awareness and its relevance to subjects they teach.

ABSS000093

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Understand the links between grade/subject and the North Carolina Standard Course of Study.<br><br>0 Displays global awareness. | 1 ...and Demonstrates knowledge of links between grade/subject and the North Carolina Standard Course of Study.<br><br>0 ...and Promotes global awareness and its relevance to the subjects. | 0 ...and Demonstrates knowledge of the links and vertical alignment of the grade or subject area and the North Carolina Standard Course of Study. Relates content to other disciplines.<br><br>0 ...and Integrates global awareness activities throughout lesson plans and classroom instructional practices. | 0 ...and Collaborates with teachers from other grades or subject areas to establish links between disciplines and influence school-wide curriculum and teaching practice.<br><br>0 ...and Promotes global awareness and its relevance to all faculty members, influencing curriculum and teaching practices throughout the school. | 0 Not demonstrated. |

### Element IIId. Teachers make instruction relevant to students.

Observation
Teachers incorporate 21st century life skills into their teaching deliberately, strategically, and broadly. These skills include leadership, ethics, accountability, adaptability, personal productivity, personal responsibility, people skills, self- direction, and social responsibility. Teachers help their students understand the relationship between the North Carolina Standard Course of Study and 21st century content, which includes global awareness; financial, economic, business and entrepreneurial literacy; civic literacy; health awareness; and environmental literacy.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Identifies relationships between the North Carolina Standard Course of Study and life in the 21st century. | 1 ...and Identifies relationships between the core content and 21st century content. | 0 ...and Integrates core content and 21st century content throughout lesson plans and classroom instructional practices. | 0 ...and Deepens students' understandings of 21st century skills and helps them make their own connections and develop new skills. | 0 Not demonstrated. |

Comments

## Standard IV: Teachers facilitate learning for their students

### Element IVa. Teachers know the ways in which learning takes place, and they know the appropriate levels of intellectual, physical, social, and emotional development of their students.

Observation
Teachers know how students think and learn. Teachers understand the influences that affect individual student learning (development, culture, language proficiency, etc.) and differentiate their instruction accordingly. Teachers keep abreast of evolving research about student learning. They adapt resources to address the strengths and weaknesses of their students.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Understands developmental levels of students and recognizes the need to differentiate instruction. | 1 ...and Understands developmental levels of students and appropriately differentiates instruction.<br><br>1 ...and Assesses resources needed to address strengths and weaknesses of students. | 0 ...and Identifies appropriate developmental levels of students and consistently and appropriately differentiates instruction.<br><br>0 ...and Reviews and uses alternative resources or adapts existing resources to take advantage of student strengths or address weaknesses. | 0 ...and Encourages and guides colleagues to adapt instruction to align with students' developmental levels.<br><br>0 ...and Stays abreast of current research about student learning and emerging resources and encourages the school to adopt or adapt them for the benefit of all students. | 0 Not demonstrated. |

## Element IVb. Teachers plan instruction appropriate for their students.

### Observation
Teachers collaborate with their colleagues and use a variety of data sources for short- and long-range planning based on the North Carolina Standard Course of Study. These plans reflect an understanding of how students learn. Teachers engage students in the learning process. They understand that instructional plans must be consistently monitored and modified to enhance learning. Teachers make the curriculum responsive to cultural differences and individual learning needs.



| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Recognizes data sources important to planning instruction. | 1 ...and Uses a variety of data for short- and long-range planning of instruction. Monitors and modifies instructional plans to enhance student learning. | 0 ...and Monitors student performance and responds to individual learning needs in order to engage students in learning. | 0 ...and Monitors student performance and responds to cultural diversity and learning needs through the school improvement process. | 0 Not demonstrated. |

## Element IVc Teachers use a variety of instructional methods.

### Observation
Teachers choose the methods and techniques that are most effective in meeting the needs of their students as they strive to eliminate achievement gaps. Teachers employ a wide range of techniques including information and communication technology, learning styles, and differentiated instruction.



| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Demonstrates awareness of the variety of methods and materials necessary to meet the needs of all students. | 1 ...and Demonstrates awareness or use of appropriate methods and materials necessary to meet the needs of all students. | 0 ...and Ensures the success of all students through the selection and utilization of appropriate methods and materials. | 0 ...and Stays abreast of emerging research areas and new and innovative materials and incorporates them into lesson plans and instructional strategies. | 0 Not demonstrated. |

## Element IVd. Teachers integrate and utilize technology in their instruction.

### Observation
Teachers know when and how to use technology to maximize student learning. Teachers help students use technology to learn content, think critically, solve problems, discern reliability, use information, communicate, innovate, and collaborate.

ABSS000095

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Assesses effective types of technology to use for instruction. | 1 ...and Demonstrates knowledge of how to utilize technology in instruction. | 0 ...and Integrates technology with instruction to maximize student learning. | 0 ...and Provides evidence of student engagement in higher level thinking skills through the integration of technology. | 0 Not demonstrated. |

## Element IVe. Teachers help students develop critical-thinking and problem-solving skills.

### Observation

Teachers encourage students to ask questions, think creatively, develop and test innovative ideas, synthesize knowledge, and draw conclusions. They help students exercise and communicate sound reasoning; understand connections; make complex choices; and frame, analyze, and solve problems.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Understands the importance of developing students' critical thinking and problem-solving skills. | 1 ...and Demonstrates knowledge of processes needed to support students in acquiring critical thinking skills and problem-solving skills. | 0 ...and Teaches students the processes needed to think creatively and critically.<br><br>0 ...and Teaches students the processes needed to develop and test innovative ideas.<br><br>0 ...and Teaches students the processes needed to synthesize knowledge.<br><br>0 ...and Teaches students the processes needed to draw conclusions.<br><br>0 ...and Teaches students the processes needed to exercise and communicate sound reasoning.<br><br>0 ...and Teaches students the processes needed to understand connections.<br><br>0 ...and Teaches students the processes needed to make complex choices.<br><br>0 ...and Teaches students the processes needed to frame, analyze and solve problems. | 0 ...and Encourages and assists teachers throughout the school to integrate critical thinking and problem solving skills into their instructional practices. | 0 Not demonstrated. |

## Element IVf. Teachers help students work in teams and develop leadership qualities.

### Observation
Teachers teach the importance of cooperation and collaboration. They organize learning teams in order to help students define roles, strengthen social ties, improve communication and collaborative skills, interact with people from different cultures and backgrounds, and develop leadership qualities.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Provides opportunities for cooperation, collaboration, and leadership through student learning teams. | 1 ...and Organizes student learning teams for the purpose of developing cooperation, collaboration, and student leadership. | 0 ...and Encourages students to create and manage learning teams. | 0 ...and Fosters the development of student leadership and teamwork skills to be used beyond the classroom. | 0 Not demonstrated. |

## Element IVg. Teachers communicate effectively.

### Observation
Teachers communicate in ways that are clearly understood by their students. They are perceptive listeners and are able to communicate with students in a variety of ways even when language is a barrier. Teachers help students articulate thoughts and ideas clearly and effectively.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Demonstrates the ability to effectively communicate with students.<br><br>1 Provides opportunities for students to articulate thoughts and ideas. | 1 ...and Uses a variety of methods for communication with all students.<br><br>1 ...and Consistently encourages and supports students to articulate thoughts and ideas clearly and effectively. | 0 ...and Creates a variety of methods to communicate with all students.<br><br>0 ...and Establishes classroom practices which encourage all students to develop effective communication skills. | 0 ...and Anticipates possible student misunderstandings and proactively develops teaching techniques to mitigate concerns.<br><br>0 ...and Establishes school-wide and grade appropriate vehicles to encourage students throughout the school to develop effective communication skills. | 0 Not demonstrated. |

## Element IVh. Teachers use a variety of methods to assess what each student has learned.

### Observation
Teachers use multiple indicators, including formative and summative assessments, to evaluate student progress and growth as they strive to eliminate achievement gaps. Teachers provide opportunities, methods, feedback, and tools for students to assess themselves and each other. Teachers use 21st century assessment systems to inform instruction and demonstrate evidence of students' 21st century knowledge, skills, performance, and dispositions.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Uses indicators to monitor and evaluate student progress. <br> 1 Assesses students in the attainment of 21st century knowledge, skills, and dispositions. | 1 ...and Uses multiple indicators, both formative and summative, to monitor and evaluate student progress and to inform instruction. <br> 1 ...and Provides evidence that students attain 21st century knowledge, skills and dispositions. | 0 ...and Uses the information gained from the assessment activities to improve teaching practice and student learning. <br> 0 ...and Provides opportunities for students to assess themselves and others. | 0 ...and Teaches students and encourages them to use peer and self-assessment feedback to assess their own learning. <br> 0 ...and Encourages and guides colleagues to assess 21st century skills, knowledge, and dispositions and to use the assessment information to adjust their instructional practice. | 0 Not demonstrated. |

## Comments

Gould, Mark A: Ms Schmitz has been a math coach and teacher before and utilizes numerous strategies from those years to assist in her lessons currently.

## Standard V: Teachers Reflect on Their Practice

### Element Va. Teachers analyze student learning.
Teachers think systematically and critically about student learning in their classrooms and schools: why learning happens and what can be done to improve achievement. Teachers collect and analyze student performance data to improve school and classroom effectiveness. They adapt their practice based on research and data to best meet the needs of students.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Recognizes the need to improve student learning in the classroom. | 0 ...and Provides ideas about what can be done to improve student learning in the classroom. | 0 ...and Thinks systematically and critically about learning in the classroom: why learning happens and what can be done to improve student achievement. | 0 ...and Provides a detailed analysis about what can be done to improve student learning and uses such analyses to adapt instructional practices and materials within the classroom and at the school level. | 0 Not demonstrated. |

### Element Vb. Teachers link professional growth to their professional goals.
Teachers participate in continued, high-quality professional development that reflects a global view of educational practices; includes 21st century skills and knowledge; aligns with the State Board of Education priorities; and meets the needs of students and their own professional growth.

ABSS000098

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Understands the importance of professional development. | 1 …and Participates in professional development aligned with professional goals. | 0 …and Participates in professional development activities aligned with goals and student needs. | 0 …and Applies and implements knowledge and skills attained from professional development consistent with its intent. | 0 Not demonstrated. |

### Element Vc. Teachers function effectively in a complex, dynamic environment.

Understanding that change is constant, teachers actively investigate and consider new ideas that improve teaching and learning. They adapt their practice based on research and data to best meet the needs of their students.

| Not Looked For | Developing | Proficient | Accomplished | Distinguished | Not Demonstrated |
|---|---|---|---|---|---|
| 0 Not looked for. | 1 Is knowledgeable of current research-based approaches to teaching and learning. | 1 …and Considers and uses a variety of research-based approaches to improve teaching and learning. | 0 …and Actively investigates and considers alternative, research-based approaches to improve teaching and learning and uses such approaches appropriately. | 0 …and Adapts professional practice based on data and evaluates impact on student learning. | 0 Not demonstrated. |

**Comments**



**Unified Talent**

© 2005- 2020 PowerSchool Group LLC and/or its affiliates.
All trademarks are either owned or licensed by PowerSchool Group LLC or its affiliates.
2019.12_1280 - 9c99e53 on PR-NCDPI-12

# View Activity

## Comprehensive Evaluation 2016-2017-Post-Observation Conference #1 for Schmitz, Theresa L

Comprehensive Evaluation 2016-2017-Post-Observation Conference #1 for Schmitz, Theresa L

### − Forms

**Post-Observation Conference (Required)**

| | |
|---|---|
| Observation Date | 12/02/2016 |
| *Observation Type | Announced |
| *Comments | Ms Schmitz and I discussed the observation. |
| * Post Observation Conference Date | 12/12/2016 |
| Artifacts | **Please enter observation artifacts and artifact comments below.** |
| Artifact Comments | |
| Attachment | There are no attachments. |

* Required

### − Signatures

| Signoff Status | Name | Signoff Date |
|---|---|---|
| Acknowledged | Mark A Gould | December 16, 2016 at 10:15 AM |



**Unified Talent**

© 2005- 2020 PowerSchool Group LLC and/or its affiliates.
All trademarks are either owned or licensed by PowerSchool Group LLC or its affiliates.

# View Activity

## Comprehensive Evaluation 2016-2017-Post-Observation Conference - Teacher Acknowledgement #1 for Schmitz, Theresa L

Comprehensive Evaluation 2016-2017-Post-Observation Conference - Teacher Acknowledgement #1 for Schmitz, Theresa L

### Forms

#### Post-Observation Conference

| | |
|---|---|
| Post Observation Comments | Ms Schmitz and I discussed the observation. |
| Conference Date | 12/12/2016 |

#### Post-Observation Conference - Notice

| | |
|---|---|
| Note | The teacher's acknowledgment on this form represents neither acceptance nor approval of the report. It does, however, indicate that the teacher has reviewed the report with the evaluator and may reply in writing. The acknowledgment of the principal or evaluator verifies that the report has been reviewed and that the proper process has been followed according to North Carolina State Board of Education Policy for the Teacher Evaluation Process. |

### Signatures

| Signoff Status | Name | Signoff Date |
|---|---|---|
| Acknowledged | Theresa L Schmitz | December 19, 2016 at 08:07 AM |



**Unified Talent**

© 2005- 2020 PowerSchool Group LLC and/or its affiliates.
All trademarks are either owned or licensed by PowerSchool Group LLC or its affiliates.
2019.12_1280 - 9c99e53 on PR-NCDPI-12