# Policy 5300 Retention of Licensed Employees

The ABSS Board of Education acknowledges that the most important aspect of attaining excellence in education is the quality of the teaching staff and administrative staff. With that in mind, the board hereby adopts as policy and states its determination to strive for such excellence and further declares its intent to employ only those teachers and administrators who possess, have exhibited, and who continue to strive for excellence

in their preparation for, performance of, and contribution toward the educational process.

"Proficient" performance shall be considered the minimum acceptable standard of performance for teachers and administrators in this school system; however, "proficient" performance shall not constitute any assurance to any teacher or administrator of rights to, or consideration for, employment or reemployment or career status for teachers.

Subjective and objective appraisals of preparation for, performance of, and contribution toward the educational process and the needs of the school system shall be considered by the board in making decisions to employ or reemploy teachers or administrators.

LEGAL REF: G.S. 115C-325, -299, -295, -284, -287.1, and -333 through -335

ADOPTED: April 28, 2008

REVISED: March 22, 2010

REVISED: October 25, 2010

REVISED: January 22, 2018

Alamance-Burlington County Schools