**Date :** 12/6/2016 5:53:34 PM
**From :** "Theresa Schmitz"
**To :** "Mark Gould"
**Subject :** Re: ▮▮▮▮ /News from me

I am just seeing this email now, I apologize, I was teaching math at the time and did not check my email after school. I did let my team know, at lunch.

Thanks,
Terri

On Tue, Dec 6, 2016 at 1:31 PM, Mark Gould <mark_gould@abss.k12.nc.us> wrote:
> Please turn in your spelling bee winner to Ma Scharen. Also..tomorrow I need to have your post conference with you about the observation. I am unsure that things are getting done, so I am hesitant to allow you to leave directly after school. It puts your team in a real bind if you aren't at least checking in with them. Thanks.
>
> Sent from my iPhone
>
> On Dec 5, 2016, at 9:39 PM, Theresa Schmitz <theresa_schmitz@abss.k12.nc.us> wrote:
>
>> Ok, no problem, I will take care of this.
>>
>> On a different note, I am finally getting a chance to let you know that my sons appointments went well, all of his stiches are out but he is not yet cleared to go back to school. There is an issue with his Optic nerves now possibly having tumors, so he will get another MRI in 4-5 weeks.
>>
>> Since my husband and I are splitting this load, and with over lapping work schedules, would it be ok if I left this week again at the end of the day? I really appreciate your understanding.
>>
>> Thank you,
>> Terri
>>
>> On Monday, December 5, 2016, Mark Gould <mark_gould@abss.k12.nc.us> wrote:
>>> It is about time for ▮▮▮▮ to leave for a month...Please see what kind of assignments or work you can put together to allow her something to do for her time away. If you could reach out to her mom and let her know what can be done, then that would be great also. I spoke with her mom last Friday and told her I would let you know. Thanks.
>>>
>>> Mark Gould, Principal
>>> Sylvan Elementary School
>>> (w) 336-376-3350 ext.39201
>>> (c) 336-516-3811

ABSS004789